UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-24054-RAM

IN RE:
NIOVIS JANET PEREIRA
    Debtor
_____/

TRUSTEE'S MOTION TO REDIRECT AND MOTION TO DEEM CURRENT
(U.S. BANK, NA (CLAIM #3))
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy N. Neidich, Standing Chapter 13 Trustee, files this Motion to Redirect and Motion to Deem Current and states as follows:

1) The plan provides for payments to U.S. BANK, NA (CLAIM #3) in the amount of $81,970.50 for regular payments and $21,670.80 for arrears..

2) The Trustee has paid US Bank a total of $35,986.87 for regular payments and $9,612.09 for arrears. The creditor is rejecting funds without explanation.

3) The plan provides for payments through November 2023.

4) The remaining amount earmarked to pay U.S. BANK, NA (CLAIM #3) should be redirected to other creditors.

5) The Trustee seeks an order deeming that the mortgage is current and due for the August 2021 payment.

WHEREFORE, the Trustee requests that this Court enter an order to allow the Trustee to redirect the funds earmarked in the plan to pay the claim of U.S. BANK, NA (CLAIM #3) to other creditors under the plan and to find that the Mortgage is current and due for the August 2021 payment and for any other relief that the Court may deem necessary.

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/ _____
Amy E. Carrington, Esq.
*Senior Staff Attorney*
FLORIDA BAR NO: 101877

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this U.S. BANK, NA (CLAIM #3) and the Notice of Hearing was served through NEF on debtor's attorney and by US First Class Mail to US BANK, NA, Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 and NATIONSTAR MORTGAGE LLC, CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301-2525 and by Certified Mail to :
Andrew Cecere, CEO, US BANK, NA, 425 Walnut Street, Cincinnati, OH 45202 on
____6/29/21____ :              7020 0090 0000 6549 2587

/s/ _____
Amy E Carrington, Esq