B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re Debtor 1: Niovis Janet Pereira  
aka Niovis Pereira  
aka Niovis J Pereira,

Case No. 18-24054-RAM

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, L.P. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing | U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST XI as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

NewRez LLC d/b/a Shellpoint Mortgage Servicing  
PO Box 10826  
Greenville, SC 29603-0826

Phone: (800) 365-7107  
Last Four Digits of Acct #: 8632

Court Claim # (if known): 3-1  
Amount of Claim: $108,698.76  
Date Claim Filed: 12/19/2018

Phone: 877-343-5602  
Last Four Digits of Acct. #: 9038

Name and Address where transferee payments should be sent (if different from above):

NewRez LLC d/b/a Shellpoint Mortgage Servicing  
PO Box 10826  
Greenville, SC 29603-0826

Phone: (800) 365-7107  
Last Four Digits of Acct #: 8632

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Julian Cotton     As Authorized Agent     Date: 07/06/2021  
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 35